Dino DiCienzo et al., Respondents, v Niagara Falls Urban Renewal Agency, Respondent. The Niagara Venture, Appellant. (Appeal No. 2.) [879 NYS2d 745]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered June 23, 2008. The order denied the motion of The Niagara Venture for leave to reargue or renew the denial of its motion to intervene.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *DiCienzo v Niagara Falls Urban Renewal Agency* (63 AD3d 1663 [2009]). Present—Centra, J.P., Peradotto, Pine and Gorski, JJ.

 The Niagara Venture, Appellant, v Niagara Falls Urban Renewal Agency et al., Respondents, et al., Defendants. (Action No. 1.) Dino DiCienzo et al., Respondents, v Niagara Falls Urban Renewal Agency, Respondent. (Action No. 2.) (Appeal No. 3.) [879 NYS2d 746]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered June 23, 2008. The order denied the motion of The Niagara Venture for leave to reargue or renew the denial of its motion to consolidate action Nos. 1 and 2.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *DiCienzo v Niagara Falls Urban Renewal Agency* (63 AD3d 1663 [2009]). Present—Centra, J.P., Peradotto, Pine and Gorski, JJ.